No. 1020. LITTLE, AKA HARDEN *v.* OREGON. Sup. Ct. Ore. Certiorari denied. *Otto R. Skopil, Jr.,* for petitioner. *John B. Leahy* for respondent. ▇

No. 1022. COLONIAL STEEL & IRON CO. ET AL. *v.* MILLER EQUIPMENT CO. C. A. 4th Cir. Certiorari denied. *Nelson Woodson* for petitioners. *Lewis F. Powell, Jr.,* for respondent. ▇

No. 1023. SOUTHERN CONSTRUCTION CO., INC., ET AL. *v.* GENERAL ELECTRIC CO. C. A. 5th Cir. Certiorari denied. *R. Emmett Kerrigan* for petitioners. *Clifford E. Hughes* and *Cromwell Warner* for respondent. ▇

No. 1037. MANCUSO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Norman P. Ramsey* and *H. Thomas Howell* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States. ▇

No. 1043. SAFWAY STEEL SCAFFOLDS CO. OF GEORGIA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *P. D. Thomson* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent. ▇

No. 1047. NATIONAL INSIDER, INC. *v.* BEST MEDIUM PUBLISHING CO., INC. C. A. 7th Cir. Certiorari denied. *Elmer Gertz* for petitioner. *Frank J. McGarr* and *Daniel A. Becco* for respondent. ▇